UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,                    **CONSENT TO PROCEED BY VIDEO OR
                                             TELE CONFERENCE**

                    -against-

                                             20    -**CR**-689( ) ( )

ASHLEY BOURDIER, ET AL.

                              Defendant(s).
-----------------------------------------------------------------X

Defendant ___Ashley Bourdier_____ hereby voluntarily consents to
participate in the following proceeding via x___ videoconferencing or x___ teleconferencing:

X___    Initial Appearance Before a Judicial Officer

X___    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
        Indictment Form)

X___    Bail/Detention Hearing

X___    Conference Before a Judicial Officer


_*Ashley Bourdier (by RCS)*_____          _*Renato C. Stabile*_____
Defendant's Signature                         Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Ashley Bourdier_____            Renato C. Stabile_____
Print Defendant's Name                        Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

__12/22/20_____                      _____
Date                                          U.S. District Judge/U.S. Magistrate Judge