UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -against-

ASHLEY BOURDIER, ET AL.

                                    Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20    -CR- 689 (    ) (    )

Defendant __Ashley Bourdier_____ hereby voluntarily consents to participate in the following proceeding via _x__ videoconferencing or _x__ teleconferencing:

_ _ _    Initial Appearance Before a Judicial Officer

_ _ _    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_ _ _    Bail/Detention Hearing

_X_ _    Conference Before a Judicial Officer


_*Ashley Bourdier (by RCS)*_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Ashley Bourdier
_____
Print Defendant's Name

_*Renato C. Stabile*_____
Defendant's Counsel's Signature


Renato C. Stabile
_____
Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

 December 8, 2021
_____
Date

_____
U.S. District Judge/U.S. Magistrate Judge