# MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/2/2021

Renato C. Stabile
Attorney at Law
580 Broadway, Suite 400
New York, NY  10012
212-219-1469 (o)
212-219-1897 (fax)
917-204-0181 (mobile)
renato.c.stabile@gmail.com

March 2, 2021

**VIA ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Ashley Bourdier, et al.*, 20-CR-689 (GHW)

Dear Judge Woods:

    I am the attorney for Ashley Bourdier, defendant in the above-referenced matter. With the consent of the Government and Pretrial Services, I write to request temporary modification of Ms. Bourdier's conditions of pretrial release. Ms. Bourdier requests permission to travel from New York to Puerto Rico from March 17-22, 2021 for her best friend's birthday. If approved, Ms. Bourdier would provide a detailed itinerary and contact information to Pretrial Services. I have communicated with Assistant United States Attorney Thomas Burnett and Pretrial Services Officer Francesca Piperato, who do not object to this request.

    I thank the Court for its consideration.

Respectfully submitted,
/s/
Renato C. Stabile

cc: AUSA Thomas Burnett
(via ECF)
Francesca Piperato, Pretrial Services
(via email)

Application granted.  The conditions of the defendant's pretrial release are modified as follows:  the defendant may travel from New York to Puerto Rico on March 17, 2021; she must return to New York no later than March 22, 2021.  All other conditions of the defendant's pretrial release remain in full force and effect.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 29.

SO ORDERED.
Dated: March 2, 2021

_____
GREGORY H. WOODS
United States District Judge