# MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/2021

Renato C. Stabile
Attorney at Law
580 Broadway, Suite 400
New York, NY  10012
212-219-1469 (o)
212-219-1897 (fax)
917-204-0181 (mobile)
renato.c.stabile@gmail.com

March 16, 2021

**VIA ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re: *United States v. Ashley Bourdier, et al.*, 20-CR-689 (GHW)

Dear Judge Woods:

  I am the attorney for Ashley Bourdier, defendant in the above-referenced matter. The Court previously granted Ms. Bourdier's application, on consent of the Government and Pretrial Services, to travel from New York to Puerto Rico from March 17-22, 2021 for her best friend's birthday (Dkt. 30). He friend's plans have changed and the birthday trip has been moved to Miami, Florida from March 20-26, 2021. Accordingly, instead of travelling to Puerto Rico, we request permission for Ms. Bourdier to travel from New York to Miami on March 20, 2021 and return to New York on March 26, 2021. If approved, Ms. Bourdier would provide a detailed itinerary and contact information to Pretrial Services.

  I thank the Court for its continued consideration.

            Respectfully submitted,
            /s/
            Renato C. Stabile

cc: AUSA Thomas Burnett
   (via ECF)
   Francesca Piperato, Pretrial Services
   (via email)

---

Application granted.  The Court's March 3, 2021 order modifying the conditions of Ms. Bourdier's supervised release is vacated.  The conditions of the defendant's pretrial release are modified as follows: the defendant may travel from New York to Miami, FL on March 20, 2021; she must return to New York no later than March 26, 2021. All other conditions of the defendant's pretrial release remain in full force and effect, including without limitation, the restriction on communications between the defendant and her co-defendant.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 34.

SO ORDERED
March 16, 2021
     GREGORY H. WOODS
     United States District Judge