USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/9/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------X
    :
UNITED STATES OF AMERICA,    :
    :
    -v-    :    1:20-cr-127-GHW
    :
ASHLEY BOURDIER,    :    <u>ORDER</u>
    :
    Defendant.  :
    :
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

Upon the application of defendant ASHLEY BOURDIER, by and through her attorney, RENATO C. STABILE, and with the consent of the Government, by and through AUDREY STRAUSS, United States Attorney for the Southern District of New York, by and through THOMAS BURNETT, Assistant United States Attorney, it is hereby ORDERED that the status conference in this matter currently scheduled for April 12, 2021 is adjourned to June 2, 2021 at 2:00 p.m.

The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter. Accordingly, it is further ORDERED that the time from the date of this order through June 2, 2021 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

The Clerk of Court is directed to terminate the Motion pending at Dkt. No. 40.

SO ORDERED.

Dated: April 9, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge