# MEMORANDUM ENDORSED

Renato C. Stabile<br>
Attorney at Law<br>
580 Broadway, Suite 400<br>
New York, NY  10012<br>
212-219-1469 (o)<br>
212-219-1897 (fax)<br>
917-204-0181 (mobile)<br>
renato.c.stabile@gmail.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/14/2021
```

April 13, 2021

**VIA ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Ashley Bourdier, et al.*, 20-CR-689 (GHW)

Dear Judge Woods:

I am the attorney for Ashley Bourdier, defendant in the above-referenced matter. With the consent of the Government and Pretrial Services, I write to request temporary modification of Ms. Bourdier's conditions of pretrial release. Ms. Bourdier requests permission to travel from New York to Miami, Florida from April 14-21, 2021 for vacation. If approved, Ms. Bourdier would provide a detailed itinerary and contact information to Pretrial Services. I have communicated with Assistant United States Attorney Thomas Burnett and Pretrial Services Officer Francesca Piperato, who do not object to this request.

I thank the Court for its consideration.

Respectfully submitted,
/s/
Renato C. Stabile

Application granted. The conditions of Ms. Bourdier's pretrial release are modified as follows:  Ms. Bourdier may travel from New York, New York, to Miami, Florida on April 14, 2021.  She must return no later than April 21, 2021.  No deviations are permitted.  All other conditions of Mr. Bourdier's pretrial release remain in full force and effect.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 43.

SO ORDERED.

Dated: April 14, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge