

U.S. Department of Justice

United States Attorney
Southern District of New York

# MEMORANDUM ENDORSED

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

May 27, 2021

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/28/2021
```

Hon. Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:  **United States** v. **Ashley Bourdier**, 20 Cr. 689 (GHW)

Dear Judge Woods:

The Government writes with respect to the upcoming status conference in the above-captioned matter, which is scheduled for June 2, 2021. The Government has conferred with Renato Stabile, Esq., the attorney for the defendant. The parties respectfully request that the Court adjourn the conference until a date in mid-July at the Court's convenience. The defendant has submitted an application to the Young Adult Opportunity Program and expects a decision on her application at some point in late June. An adjournment will allow time for the defendant to receive that decision and for the parties to discuss a potential pretrial resolution to the case, depending on the result of the defendant's application. The Government also respectfully requests that the Court exclude time under the Speedy Trial Act until the next conference, so the parties can continue to discuss a potential pretrial resolution. Mr. Stabile has informed the Government that he consents to the exclusion of time.

Very truly yours,

AUDREY STRAUSS
United States Attorney

by: ____/s/_____
Thomas S. Burnett
Assistant United States Attorney
(212) 637-1064

Application granted. The status conference scheduled for June 2, 2021 is adjourned to July 28, 2021 at 10:00 a.m. The Court will issue a separate order excluding time. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 46.

SO ORDERED.
Dated: May 28, 2021
New York, New York

GREGORY H. WOODS
United States District Judge