Renato C. Stabile
Attorney at Law
580 Broadway, Suite 400
New York, NY  10012
212-219-1469 (o)
212-219-1897 (fax)
917-204-0181 (mobile)
renato.c.stabile@gmail.com

**MEMORANDUM ENDORSED**                    October 18, 2021

<u>**VIA ECF**</u>
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
┌─────────────────────────────────┐
│ USDC SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #:_____             │
│ DATE FILED: _10//19/2021_        │
└─────────────────────────────────┘
```

Re: *United States v. Ashley Bourdier, et al.*, 20-CR-689 (GHW)

Dear Judge Woods:

I am the attorney for Ashley Bourdier, defendant in the above-referenced matter. With the consent of the Government and Pretrial Services, Mr. Bourdier requests permission to travel to Los Angeles, California from October 20-27, 2021 for her birthday and would be staying at the home of a friend. If approved, Ms. Bourdier would provide a detailed itinerary and contact information to Pretrial Services. I have communicated with Assistant United States Attorney Thomas Burnett and Pretrial Services Officer Francesca Piperato, who do not object to this request.

I thank the Court for its continued consideration.

Respectfully submitted,
/s/
Renato C. Stabile

Application granted.  The conditions of Ms. Bourdier's pre-trial release are modified as follows: the defendant may travel to Los Angeles, CA from October 20 to October 27, 2021.  Ms. Bourdier is directed to provide a detailed itinerary to pretrial services, as well as contact information during her travel.  All other conditions of Ms. Bourdier's pretrial release remain in full force and effect.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 53.

SO ORDERED.

Dated:  October 19, 2021
New York, New York

_____
GREGORY H. WOODS
United States District Judge