# MEMORANDUM ENDORSED

Renato C. Stabile<br>
Attorney at Law<br>
580 Broadway, Suite 400<br>
New York, NY 10012<br>
212-219-1469 (o)<br>
212-219-1897 (fax)<br>
917-204-0181 (mobile)<br>
renato.c.stabile@gmail.com

February 15, 2022

<table>
<tr><td>

VIA ECF<br>
The Honorable Gregory H. Woods<br>
United States District Judge<br>
Southern District of New York<br>
500 Pearl Street<br>
New York, NY 10007

</td><td>

USDC SDNY<br>
DOCUMENT<br>
ELECTRONICALLY FILED<br>
DOC #:<br>
DATE FILED: 2/15/2022

</td></tr>
</table>

Re: *United States v. Ashley Bourdier, et al.*, 20-CR-689 (GHW)

Dear Judge Woods:

I am the attorney for Ashley Bourdier, defendant in the above-referenced matter. With the consent of the Government and Pretrial Services, Ms. Bourdier requests permission to travel to St. Thomas, USVI, from February 20-24, 2022 for a friend's wedding. If approved, Ms. Bourdier would provide a detailed itinerary to Pretrial Services. I have communicated with Assistant United States Attorney Thomas Burnett and Pretrial Services Officer Francesca Piperato, who do not object to this request.

I thank the Court for its consideration.

Respectfully submitted,<br>
/s/<br>
Renato C. Stabile

cc: AUSA Thomas Burnett (via ECF)<br>
Francesca Piperato, Pretrial Services (via email)

Application granted. The conditions of Ms. Bourdier's pretrial release are modified as follows: the defendant may travel to St. Thomas, USVI from February 20 to February 24, 2022. Ms. Bourdier is directed to provide a detailed itinerary to pretrial services, as well as contact information during her travel. All other conditions of Ms. Bourdier's pretrial release remain in full force and effect.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 55.

SO ORDERED.

Dated: February 15, 2022　　　　GREGORY H. WOODS<br>
New York, New York　　　　　　United States District Judge