USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/26/2022

Renato C. Stabile
Attorney at Law
580 Broadway, Suite 400
New York, NY  10012
212-219-1469 (o)
212-219-1897 (fax)
917-204-0181 (mobile)
renato.c.stabile@gmail.com

May 26, 2022

**VIA ECF**
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMORANDUM ENDORSED**

Re: *United States v. Ashley Bourdier, et al.*, 20-CR-689 (GHW)

Dear Judge Woods:

    I am the attorney for Ashley Bourdier, defendant in the above-referenced matter. With the consent of the Government and Pretrial Services, Ms. Bourdier requests permission for emergency travel to the Dominican Republic from May 27, 2022 to June 3, 2022 because her grandmother is extremely ill. If approved, Ms. Bourdier would provide a detailed itinerary and contact information to Pretrial Services. I have communicated with Pretrial Services Officer Francesca Piperato, who does not object to this request and noted that Ms. Bourdier has been completely compliant while on supervision and that for any previous travel she has been permitted to go. I have also emailed Assistant United States Attorney Thomas Burnett, who advises that the Government does not object.

    I thank the Court for its continued consideration.

Respectfully submitted,
/s/
Renato C. Stabile

cc:  AUSA Thomas Burnett
     (via ECF)
     Francesca Piperato, Pretrial Services
     (via email)

Application granted. The conditions of Ms. Bourdier's pretrial release are modified as follows: the defendant may travel to the Dominican Republic from May 27, 2022 to June 3, 2022. Ms. Bourdier is directed to provide a detailed itinerary to pretrial services, as well as contact information during her travel. All other conditions of Ms. Bourdier's pretrial release remain in full force and effect.
The Clerk of Court is directed to terminate the motion pending at Dkt. No. 61.
SO ORDERED.
Dated: May 26, 2022
New York, New York

GREGORY H. WOODS
United States District Judge