USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/29/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
            :
UNITED STATES OF AMERICA,       :
            :
       -v-            :       1:20-cr-689-GHW-2
            :
ASHLEY BOURDIER,            :       <u>ORDER</u>
            :
            Defendant.   :
            :
-----------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

       Upon the application of defendant ASHLEY BOURDIER, by and through her attorney, RENATO C. STABILE, and with the consent of the Government, by and through DAMIAN WILLIAMS, United States Attorney for the Southern District of New York, by and through THOMAS BURNETT, Assistant United States Attorney, it is hereby ORDERED that the status conference in this matter currently scheduled for July 1, 2022 is adjourned to August 10, 2022 at 10:00 a.m.

       The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial because it will permit the parties to continue to discuss a pretrial resolution of this matter. Accordingly, it is further ORDERED that the time from the date of this order through August 10, 2022 is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A).

       The Clerk of Court is directed to terminate the Motion pending at Dkt. No. 65.

       SO ORDERED.

Dated: June 29, 2022
New York, New York

                                    _____
                                           GREGORY H. WOODS
                                       United States District Judge