```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                               :
    UNITED STATES OF AMERICA,                                  :
                                                               :
                                                               :
                    -v-                                        :
                                                               :
                                                               :
    ASHLEY BOURDIER,                                           :
                                                               :
                                            Defendant.         :
-------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/8/2022

1:20-cr-689-GHW-2

ORDER

GREGORY H. WOODS, United States District Judge:

The proceeding scheduled in this matter for August 10, 2022 at 10:00 a.m. will instead take place on the same day at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: August 8, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge