Renato C. Stabile<br>
Attorney at Law<br>
580 Broadway, Suite 400<br>
New York, NY 10012<br>
212-219-1469 (o)<br>
212-219-1897 (fax)<br>
917-204-0181 (mobile)<br>
renato.c.stabile@gmail.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/13/2022
```

**MEMORANDUM ENDORSED**        October 13, 2022

<u>VIA ECF</u>
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

        Re: *United States v. Ashley Bourdier, et al.*, 20-CR-689 (GHW)

Dear Judge Woods:

        I am the attorney for Ashley Bourdier, defendant in the above-referenced matter. With the consent of Pretrial Services, Ms. Bourdier requests permission to travel to Las Vegas, Nevada from October 17-20, 2022 for a short vacation with her best friend. If approved, Ms. Bourdier would provide a detailed itinerary and contact information to Pretrial Services. I have communicated with Pretrial Services Officer Francesca Piperato, who does not object to this request. I have also emailed Assistant United States Attorney Thomas Burnett, who advises that the Government defers to Pretrial.

        I thank the Court for its continued consideration.

                                  Respectfully submitted,
                                    /s/
                                  Renato C. Stabile

cc:   AUSA Thomas Burnett
       (via ECF)
       Francesca Piperato, Pretrial Services
       (via email)

---

Application granted. The conditions of Ms. Bourdier's pretrial release are modified as follows: the defendant may travel to Las Vegas, Nevada from October 17, 2022 to October 20, 2022. Ms. Bourdier is directed to provide a detailed itinerary to pretrial services, as well as contact information during her travel. All other conditions of Ms. Bourdier's pretrial release remain in full force and effect.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 75.

SO ORDERED.
Dated: October 13, 2022        _____
New York, New York              GREGORY H. WOODS
                                        United States District Judge