| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------- X<br>UNITED STATES OF AMERICA,<br><br>-v-<br><br>ASHLEY BOURDIER,<br><br>                                  Defendant.<br>------------------------------------------------------------- X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #:<br>DATE FILED: 10/17/2022<br><br><br>1:20-cr-689-GHW-2<br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

The proceeding scheduled in this matter for October 25, 2022 will instead take place on the October 24, 2022 at 3:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

SO ORDERED.

Dated: October 17, 2022
       New York, New York

                                                      GREGORY H. WOODS
                                                   United States District Judge