```
UNITED STATES DISTRICT COURT          USDC SDNY
SOUTHERN DISTRICT OF NEW YORK         DOCUMENT
                                      ELECTRONICALLY FILED
                                      DOC #: _____
                                      DATE FILED: 10/26/2022
-------------------------------------------------------- X
                                      :
UNITED STATES OF AMERICA,             :
                                      :
                                      :
                                      :
              -v -                    :     1:20-cr-689-GHW-2
                                      :
ASHLEY BOURDIER,                      :     ORDER
                                      :
                      Defendant.      :
                                      :
-------------------------------------------------------- X
```

GREGORY H. WOODS, United States District Judge:

Trial in this matter will commence on Monday, May 1, 2023 at 9:00 a.m.  The trial will take place in Courtroom 12C of the United States District Court for the Southern District of New York, Daniel Patrick Moynihan U.S. Courthouse at 500 Pearl Street, New York, New York, 10007.

Pretrial motions by Defendant are due no later than December 23, 2022.  The Government's oppositions to any defense motions are due no later than January 13, 2023.  Defendants' replies, if any, are due no later than January 20, 2023.  The Court will hold a hearing on any defense motions necessitating a hearing on February 16, 2023 at 9:00 a.m.

The pretrial materials required by Rule 6 of the Court's Individual Rules of Practice in Criminal Cases, including motions *in limine*, are due no later than March 22, 2023.  If any motions *in limine* are filed, opposition papers are due no later than seven days after the date of service of the motion.  Reply papers, if any, are due no later than four days after the date of service of the opposition.  Courtesy copies of motions *in limine* should be submitted when the motions are fully briefed.  The Court will hold a final pretrial conference in this matter on April 19, 2023 at 9:00 a.m.

The parties are further directed to submit:  (1) a proposed brief description of the case, to be read to the venire and (2) a brief, mutually acceptable overview of the applicable law, to be read to

the jury as part of the Court's initial instructions prior to opening statements, no later than March 22, 2023. If the parties are unable to agree on the language of such a short overview, they are directed to notify the Court of that fact by the same date.

    SO ORDERED.

Dated: October 26, 2022  
New York, New York

                                              GREGORY H. WOODS  
                                             United States District Judge