```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/10/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
UNITED STATES OF AMERICA,                                    :
                                                             :
                                                             :
               -v-                                           :
                                                             :          1:20-cr-689-GHW
                                                             :
CHRISTOPHER FERRER,                                          :          ORDER
  and ASHLEY BOURDIER,                                       :
                                                             :
                                    Defendants.              :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      In the order scheduling the trial and pretrial motions in this matter, Defendant Ashley Bourdier was directed to submit any pretrial motions no later than December 23, 2022. Dkt. No. 78. The Court has not received any pretrial motions from the Defendant. Defendant's failure to comply with the Court's scheduling order is not excused. Because there are no defense motions necessitating a hearing, the conference scheduled for February 16, 2023 at 9:00 a.m. is adjourned *sine die*. All other deadlines set by the Court's order on October 26, 2022 remain in effect.

      SO ORDERED.

Dated: February 10, 2023
New York, New York

                                                        GREGORY H. WOODS
                                                         United States District Judge