UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                          :
UNITED STATES OF AMERICA,          :
                                                          :
                                                          :
                   -v-                                                 :
                                                          :      1:20-cr-689-GHW-2
                                                          :
ASHLEY BOURDIER,                           :      <u>ORDER</u>
                                                          :
                                                Defendant. :
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2023

GREGORY H. WOODS, United States District Judge:

       A proceeding scheduled in this matter on February 27, 2023 at 1:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.

       SO ORDERED.

Dated: February 27, 2023
          New York, New York

                                                   _____
                                                         GREGORY H. WOODS
                                                   United States District Judge