# MEMORANDUM ENDORSED

Renato C. Stabile
Attorney at Law
580 Broadway, Suite 400
New York, NY 10012
212-219-1469 (o)
212-219-1897 (fax)
917-204-0181 (mobile)
renato.c.stabile@gmail.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  4/19/2023
```

April 19, 2023

VIA ECF
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Ashley Bourdier, et al.*, 20-CR-689 (GHW)

Dear Judge Woods:

I am the attorney for Ashley Bourdier, defendant in the above-referenced matter. With the consent of the Government and Pretrial Services, Ms. Bourdier requests permission to travel to Miami, Florida from April 20-25, 2023 for a friend's engagement party. If approved, Ms. Bourdier would provide a detailed itinerary to Pretrial Services. I have communicated with Assistant United States Attorney Thomas Burnett and Pretrial Services Officer Francesca Piperato, who do not object to this request.

I thank the Court for its consideration.

Respectfully submitted,
/s/
Renato C. Stabile

cc:  AUSA Thomas Burnett (via ECF)
     Francesca Piperato, Pretrial Services (via email)

Application granted. The conditions of Ms. Bourdier's pretrial release are modified as follows: the defendant may travel to Miami, Florida from April 20, 2023 to April 25, 2023. Ms. Bourdier is directed to provide a detailed itinerary to pretrial services, as well as contact information during her travel. All other conditions of Ms. Bourdier's pretrial release remain in full force and effect.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 87.

SO ORDERED.

Dated: April 19, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge