```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
   UNITED STATES OF AMERICA,                                 :
                                                             :
                                                             :
                    -v-                                      :
                                                             :       1:20-cr-689-GHW-2
                                                             :
   ASHLEY BOURDIER,                                          :       ORDER
                                                             :
                                   Defendant.                :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __4/26/2023__

GREGORY H. WOODS, United States District Judge:

The sentencing hearing scheduled in this matter for June 1, 2023, is adjourned to June 8, 2023, at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007.  The defendant's sentencing submissions are due two weeks before sentencing; the Government's sentencing submissions are due one week before sentencing.

SO ORDERED.

Dated: April 26, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge