UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                    -v-

    ASHLEY BOURDIER,

                              Defendant.
------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/2/2023

1:20-cr-689-GHW-2

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

      The Court understands that the defendant has elected not to present a sentencing submission to the Court. The Government's sentencing submission is due no later than June 3, 2023.

      SO ORDERED.

Dated: June 2, 2023

                                                      GREGORY H. WOODS
                                                  United States District Judge