Renato C. Stabile
Attorney at Law
580 Broadway, Suite 600
New York, NY  10012
212-219-1469 (o)
212-219-1897 (fax)
917-204-0181 (mobile)
renato.c.stabile@gmail.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/8/2024

July 8, 2024

**MEMORANDUM ENDORSED**

<u>VIA ECF</u>
The Honorable Gregory H. Woods
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:   *United States v. Ashley Bourdier*, 20-CR-689 (GHW)

Dear Judge Woods:

With the consent of the government, I write to request the return of defendant Ashley Bourdier's U.S. passport. The Court imposed a sentence of probation of one year, which Ms. Bourdier successfully completed. Her passport is in the custody of pretrial services. We request that the Court authorize pretrial services to return Ms. Bourdier's passport to her.

I thank the Court for its continued consideration.

Respectfully submitted,

/s/

Renato C. Stabile

cc:   All counsel
(via ECF)

Application granted.  Pretrial Services is authorized to return Ms. Bourdier's passport to her.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 107.

SO ORDERED.
Dated:  July 8, 2024

GREGORY H. WOODS
United States District Judge